# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

**In re:**  Chapter **13**
**Kathy Jean Campbell**

Case No. **22-61172**

**Debtor(s).**

## CERTIFICATION REGARDING BALANCE OF SCHEDULES

On _____ the Debtor(s) filed the balance of schedules pursuant to FRBP 1007(c) and Local Rule 1007-1. I have reviewed the balance of schedules and certify that (check the applicable box below):

[✓]  These schedules do not list any creditors or parties not listed on the matrix originally filed with the petition in this case.

[ ]  These schedules do list creditors who are not contained on the original matrix filed with the petition, and

I have filed a notice of amendment to debtor's schedules of creditors and /or matrix to add these creditors to the matrix; and

I have paid the filing fee to add these creditors to the matrix; and

I have sent a copy of the Notice of Bankruptcy and 341 Meeting to these creditors. The names and method of service are described as follows (add extra pages if necessary):

**Creditor Name**                                                                 **Method of Service**


I hereby certify that the foregoing is true and correct.

Date: **November 16, 2022**                    **/s/ John P. Goetz**
                                                                      **John P. Goetz 78514**
                                                                      Counsel for Debtor(s)

I hereby certify under penalty of perjury that the foregoing is true and correct

**/s/ Kathy Jean Campbell**
**Kathy Jean Campbell**                                              Joint Debtor (if applicable)
Debtor (if applicable)

CertBalScheds010819